0529452UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 08-27312 JHW

Debtor: James J. & Terese Nalbone

| Check Number | Creditor | Amount |
|---|---|---|
| 1709929 | HSBC Mortgage | 1318.90 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   November 17, 2010